01
02
03
04
05

06                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
07                              AT SEATTLE

08  LARRY GENE HEGGEM,

09                    Plaintiff,              Case No. C12-0242-RSL

10      v.
                                              ORDER DENYING APPLICATION TO
11  SNOHOMISH COUNTY CORRECTIONS, *et*        PROCEED IN FORMA PAUPERIS
    *al.*,
12
                      Defendants.
13

14      The Court, having reviewed plaintiff's application to proceed *in forma pauperis*, the

15  Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate

16  Judge, and the remaining record, does hereby find and Order:

17      (1)    The Court adopts the Report and Recommendation; and

18      (2)    Plaintiff's application to proceed with this action *in forma pauperis* (Dkt. No. 5) is

19  DENIED.   If plaintiff wishes to proceed with this action, he must pay the filing fee of $350 within

20  *thirty (30) days* after entry of this order.   If no filing fee is paid, the Clerk will close this case.

21
22

ORDER DENYING APPLICATION TO
PROCEED IN FORMA PAUPERIS
PAGE - 1

01    DATED this 8th day of June, 2012.

02

03                                    /s/ Robert S. Lasnik
                                      ROBERT S. LASNIK
04                                    United States District Judge

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER DENYING APPLICATION TO
PROCEED IN FORMA PAUPERIS
PAGE - 2