01
02
03
04
05
06        UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
07                  AT SEATTLE

08 LARRY GENE HEGGEM,

09                    Plaintiff,          Case No. C12-0242-RSL

10      v.

11 SNOHOMISH COUNTY CORRECTIONS, *et al.*,    ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS

12                    Defendants.

13

14     The Court, having reviewed plaintiff's application to proceed *in forma pauperis*, the

15 Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate

16 Judge, and the remaining record, does hereby find and Order:

17     (1)   The Court adopts the Report and Recommendation; and

18     (2)   Plaintiff's application to proceed with this action *in forma pauperis* (Dkt. No. 5) is

19 DENIED.  If plaintiff wishes to proceed with this action, he must pay the filing fee of $350 within

20 *thirty (30) days* after entry of this order.  If no filing fee is paid, the Clerk will close this case.

21

22

ORDER DENYING APPLICATION TO
PROCEED IN FORMA PAUPERIS
PAGE - 1

01 DATED this 8th day of June, 2012.

03 */s/ Robert S. Lasnik*
ROBERT S. LASNIK
04 United States District Judge

ORDER DENYING APPLICATION TO
PROCEED IN FORMA PAUPERIS
PAGE - 2